IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| JOSHUA LANG WHIGAN,           )<br>                              )<br>     Petitioner,             )<br>                              )<br>     v.                       )<br>                              )<br>UNITED STATES OF AMERICA,     )<br>                              )<br>     Respondent.              ) | CIVIL ACTION NO.<br>2:19cv685-MHT<br>(WO) |

ORDER

This cause is now before the court on the petitioner's notice of appeal (Doc. 37), which the court is treating as a motion for a certificate of appealability. To obtain a certificate of appealability, a petitioner must make a "substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court finds that the petitioner has failed to make this showing.

Accordingly, it is ORDERED that the motion for a certificate of appealability is denied.

DONE, this the 22nd day of June, 2022.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE